UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>NICHOLAS S. NORDFORS,<br><br>    Debtor. | Bankr. Case No.: 23-20182<br><br>Chapter 7 |
| NICHOLAS S. NORDFORS,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>    Defendant. | Adv. Proc. No.: 23-02008 |

### NAVIENT SOLUTIONS, LLC'S ANSWER TO "DEBTOR'S COMPLAINT TO DETERMINE PRIVATE STUDENT LOANS DISCHARGED FOR 'UNDUE HARDSHIP' UNDER 11 U.S.C. § 523(a)(8)"

Navient Solutions, LLC ("NSL"), by and through its undersigned counsel, hereby provides its Answer to the allegations of Plaintiff, Nicholas S. Nordfors ("Plaintiff")'s Complaint to Determine Private Student Loans Discharged for "Undue Hardship" under 11 U.S.C. § 523(a)(8) ("Complaint"), and states as follows:

**Nature of Action**

1. Admitted as to the nature of this proceeding only.

**Jurisdiction and Venue**

2.- 5. Admitted.

## Parties

6. Admitted only that Plaintiff, Nicholas S. Nordfors, in the Debtor in the above-captioned case and that he is indebted to NSL on seven (7) educational loans, with an aggregate balance, including principal and interest, of approximately $279,312.99 as of the filing of the instant adversary proceeding. As to the remaining averments contained within this paragraph of Plaintiff's Complaint, NSL is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiff's Complaint and, therefore, denies same.

7. Admitted only that Defendant, Navient Solutions, LLC, is a Delaware limited liability company and is the holder of seven (7) educational loans on which the Plaintiff is liable.

## Factual Allegations

8. Admitted only that the Plaintiff is indebted to NSL on seven (7) educational loans as identified in paragraph 6, above.

9. – 16. At this time, NSL is without information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

17. This paragraph of Plaintiff's Complaint is a conclusion of law, to which no response is required, but in an abundance of caution, is denied.

## Claim for Relief: Undue Hardship Discharge

18. No response.

19. – 20. These paragraphs of Plaintiff's Complaint are conclusions of law and/or requests for relief, to which no response is required, but in an abundance of caution, they are denied.

WHEREFORE, Navient Solutions, LLC respectfully requests judgment in its favor and against Plaintiff and such other relief as is just and equitable.

Respectfully submitted,

By: */s/ Daniel R. Felkel*
Daniel R. Felkel
TROUBH HEISLER LLC
200 Professional Drive, Suite 2
Scarborough, ME 04074
Telephone: (207) 780-6789
Facsimile: (207) 774-2339
Email: dfelkel@troubhheisler.com
Attorneys for Navient Solutions, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

NICHOLAS S. NORDFORS,

    Debtor.

Bankr. Case No.: 23-20182

Chapter 7

NICHOLAS S. NORDFORS,

    Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,

    Defendant.

Adv. Proc. No.: 23-02008

## CERTIFICATE OF SERVICE

    I, Daniel R. Felkel, a member of the firm of TROUBH HEISLER LLC, Counsel for Navient Solutions, LLC, hereby certifies that Navient Solutions, LLC's Answer to Plaintiff's Complaint filed was through the ECF system and will be sent electronically to the registered participants as identified on the Notice of the Electronic Filing (NEF) generated in connection with this matter.

Dated at Scarborough, Maine, this 11th day of November 2023.

By:    */s/ Daniel R. Felkel*
           Daniel R. Felkel
           TROUBH HEISLER LLC
           200 Professional Drive, Suite 2
           Scarborough, ME 04074
           Telephone: (207) 780-6789
           Facsimile: (207) 774-2339
           Email: dfelkel@troubhheisler.com
           Attorney for Navient Solutions, LLC